# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LUCAS, EDDIE § | Case No. 12-06989-PSH |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Room 873
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 04/02/2015 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/06/2015          By:  /s/ ALEX D. MOGLIA
                                                                        Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LUCAS, EDDIE § | Case No. 12-06989-PSH |
| § | |
| § | |
| Debtor(s)  § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 75,000.00 |
| *and approved disbursements of* | $ 10,892.06 |
| *leaving a balance on hand of* [1] | $ 64,107.94 |
| **Balance on hand:** | $ 64,107.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 64,107.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 5,508.21 | 0.00 | 5,508.21 |
| Trustee, Expenses - ALEX D. MOGLIA | 10.14 | 0.00 | 10.14 |
| Attorney for Trustee, Fees - DIMONTE & LIZAK, LLC | 16,377.00 | 0.00 | 16,377.00 |
| Attorney for Trustee, Expenses - DIMONTE & LIZAK, LLC | 63.65 | 0.00 | 63.65 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,004.50 | 0.00 | 1,004.50 |
| Charges, U.S. Bankruptcy Court | 306.00 | 0.00 | 306.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 23,269.50 |
| Remaining balance: | $ 40,838.44 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 40,838.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 40,838.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 40,838.44

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 16,877.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Americredit Financial Services, Inc. | 16,877.56 | 0.00 | 16,877.56 |

Total to be paid for tardy general unsecured claims: $ 16,877.56
Remaining balance: $ 23,960.88

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 23,960.88

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $42.98. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 23,917.90.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-06989-PSH
Eddie Lucas                                                               Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte               Page 1 of 2                  Date Rcvd: Mar 09, 2015
                              Form ID: pdf006              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2015.
```
db              #+Eddie Lucas,    4832 W. Harrison,    Chicago, IL 60644-5119
18835531        +AGN Management,    PO Box 372,    Forest Park, IL 60130-0372
18571512       ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,    dba GM Financial,
                  PO Box 183853,    Arlington TX 76096)
18530745        +Arnold Scott Harris PC,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
18530746         Bellwood Police Dept,    PO Box 129,    Bellwood, IL 60104-0129
18835532         Comcast,    P.O. box 3002,    Southeastern, PA 19398-3002
18835533        +Credit Protection Association, LP,    13355 Noel Rd,    Dallas, TX 75240-6837
18530747        +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
18530750       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                  CHICAGO IL 60664-0338
                 (address filed with court: Illinois Department of Revenue,    PO Box 19035,
                  Springfield, IL 62794-9035)
21505494         Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                  Chicago, Illinois 60664-0338
18835534        +Josephine Okwechime,    13294 Stagg Hill Drive,    Carmel, IN 46033-9135
18530751        +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
18530752        +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6207
18530753        +The Rutland Group,    7939 South Cottage Grove Avenue,    Chicago, IL 60619-3975
18530754        +Village of Evergreen Park,    9420 S Kedzie Ave,    Evergreen Park, IL 60805-2324
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18530748        +E-mail/Text: bkynotice@harvardcollect.com Mar 10 2015 01:39:33      Harvard Collection,
                  4839 N Elston Ave,    Chicago, IL 60630-2589
18530749        +E-mail/Text: bankruptcy@icsystem.com Mar 10 2015 01:38:56      I.C. System Inc.,
                  P.O. Box 64378,    St Paul, MN 55164-0378
                                                                                              TOTAL: 2
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              DiMonte & Lizak, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2015 at the address(es) listed below:
```
              Abraham Brustein, ESQ    on behalf of Trustee Alex D Moglia, ESQ abrustein@dimonteandlizak.com,
               jjarke@dimontelaw.com;phogan@dimontelaw.com
              Alex D Moglia, ESQ    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
              Alex D Moglia, ESQ    on behalf of Accountant   Popowcer Katten Ltd. amoglia@mogliaadvisors.com,
               IL31@ecfcbis.com
              Ira P Goldberg    on behalf of Trustee Alex D Moglia, ESQ igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Janna L Quarless    on behalf of Debtor Eddie  Lucas jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Julia Jensen Smolka    on behalf of Trustee Alex D Moglia, ESQ jjensen@dimonteandlizak.com
              Patrick Semrad    on behalf of Debtor Eddie  Lucas psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
```

```
District/off: 0752-1          User: arodarte            Page 2 of 2            Date Rcvd: Mar 09, 2015
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Yevgeniy  Feldman   on behalf of Debtor Eddie  Lucas efeldman@robertjsemrad.com, rjscourtdocs@gmail.com

                                                                                      TOTAL: 9