**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LUCAS, EDDIE § Case No. 12-06989-PSH
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,975.00                     Assets Exempt: $6,425.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,920.54     Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $30,661.56

---

    3) Total gross receipts of $ 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 27,417.90 (see **Exhibit 2**), yielded net receipts of $47,582.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,355.56 | 30,661.56 | 30,661.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 16,920.54 | 16,920.54 | 16,920.54 |
| **TOTAL DISBURSEMENTS** | $0.00 | $47,276.10 | $47,582.10 | $47,582.10 |

4) This case was originally filed under Chapter 7 on August 29, 2013. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2015     By: /s/ALEX D. MOGLIA
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action - 11 year old case Attorney: Maduff | 1249-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EDDIE LUCAS | Payment of Exemption | 8100-002 | 3,500.00 |
| LUCAS, EDDIE | BANKRUPTCY CASE12-06989 ,LUCAS, EDDIE DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | 23,917.90 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$27,417.90** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 5,508.21 | 5,508.21 | 5,508.21 |
| ALEX D. MOGLIA | 2200-000 | N/A | 10.14 | 10.14 | 10.14 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF THE UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 0.00 | 306.00 | 306.00 |
| DIMONTE & LIZAK, LLC | 3210-000 | N/A | 16,377.00 | 16,377.00 | 16,377.00 |
| DIMONTE & LIZAK, LLC | 3220-000 | N/A | 63.65 | 63.65 | 63.65 |
| POPOWCER KATTEN, LTD | 3410-000 | N/A | 1,004.50 | 1,004.50 | 1,004.50 |
| DEPARTMENT OF THE TREASURY | 2810-000 | N/A | 4,755.00 | 4,755.00 | 4,755.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 2,130.00 | 2,130.00 | 2,130.00 |
| Rabobank, N.A. | 2600-000 | N/A | 80.01 | 80.01 | 80.01 |
| Rabobank, N.A. | 2600-000 | N/A | 113.00 | 113.00 | 113.00 |
| Rabobank, N.A. | 2600-000 | N/A | 99.14 | 99.14 | 99.14 |
| Rabobank, N.A. | 2600-000 | N/A | 109.24 | 109.24 | 109.24 |
| Rabobank, N.A. | 2600-000 | N/A | 105.67 | 105.67 | 105.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,355.56 | $30,661.56 | $30,661.56 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | Americredit Financial Services, Inc. | 7200-000 | N/A | 16,877.56 | 16,877.56 | 16,877.56 |
| 2I | Americredit Financial Services, Inc. | 7990-000 | N/A | 35.60 | 35.60 | 35.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| AI | EDDIE LUCAS | 7990-000 | N/A | 7.38 | 7.38 | 7.38 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $16,920.54 | $16,920.54 | $16,920.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-06989-PSH  
**Case Name:** LUCAS, EDDIE

**Trustee:** (330260)   ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 08/29/13 (f)  
**§341(a) Meeting Date:** 04/17/12  

**Period Ending:** 06/16/15

**Claims Bar Date:** 04/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Class. Action -:1.1 year old case 205 N. Michiga (u)  Imported from Amended Doc#: 28  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2   Cash  Imported from Amended Doc#: 33 | 50.00 | 50.00 | | 0.00 | FA |
| 3   Furniture  Imported from Amended Doc#: 33 | 500.00 | 0.00 | | 0.00 | FA |
| 4   Clothing  Imported from Amended Doc#: 33 | 600.00 | 0.00 | | 0.00 | FA |
| 5   Class Action - 11 year old case Attorney: Maduff  Imported from Amended Doc#: 15  (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 6   Class Action - 11 year old case Attorney: Maduff  (u)  Imported from Amended Doc#: 33 | 75,000.00 | 71,500.00 | | 75,000.00 | FA |
| 7   1997 Dodge Caravan (116,000 miles)  Imported from Amended Doc#: 33 | 1,825.00 | 0.00 | | 0.00 | FA |
| 8   DELETED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| **8   Assets   Totals** (Excluding unknown values) | **$77,975.00** | **$71,550.00** | | **$75,000.00** | **$0.00** |

RE PROP# 1   DUPLICATE OF ASSET #6  
RE PROP# 5   DUPLICATE OF ASSET #6

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014   **Current Projected Date Of Final Report (TFR):**   March 5, 2015  (Actual)

Printed: 06/16/2015 11:45 AM     V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-06989-PSH  
**Case Name:** LUCAS, EDDIE  

**Taxpayer ID #:** **-***3382  
**Period Ending:** 06/16/15  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/14 | {6} | Walsh Construction Company | Settlement | 1249-000 | 75,000.00 | | 75,000.00 |
| 06/09/14 | 101 | EDDIE LUCAS | Payment of Exemption | 8100-002 | | 3,500.00 | 71,500.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.01 | 71,419.99 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.00 | 71,306.99 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.14 | 71,207.85 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.24 | 71,098.61 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.67 | 70,992.94 |
| 11/21/14 | 102 | DEPARTMENT OF THE TREASURY | Estate of Eddie Lucas (13-06989) | 2810-000 | | 4,755.00 | 66,237.94 |
| 11/21/14 | 103 | ILLINOIS DEPARTMENT OF REVENUE | Estate of Eddie Lucas Case (12-06989) | 2820-000 | | 2,130.00 | 64,107.94 |
| 04/06/15 | 104 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,004.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,004.50 | 63,103.44 |
| 04/06/15 | 105 | CLERK OF THE UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $306.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 306.00 | 62,797.44 |
| 04/06/15 | 106 | EDDIE LUCAS | BANKRUPTCY CASE12-06989    ,LUCAS, EDDIE         DIVIDEND ON ALLOWED CLAIM # AI of 100.00% | 7990-000 | | 7.38 | 62,790.06 |
| 04/06/15 | 107 | LUCAS, EDDIE | BANKRUPTCY CASE12-06989    ,LUCAS, EDDIE         DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | | 23,917.90 | 38,872.16 |
| 04/06/15 | 108 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,518.35 | 33,353.81 |
| | | | Dividend paid 100.00%    5,508.21 on $5,508.21; Claim# ; Filed: $5,508.21 | 2100-000 | | | 33,353.81 |
| | | | Dividend paid 100.00%    10.14 on $10.14; Claim# ; Filed: $10.14 | 2200-000 | | | 33,353.81 |
| 04/06/15 | 109 | Americredit Financial Services, Inc. | Combined Check for Claims#2,2I | | | 16,913.16 | 16,440.65 |
| | | | Dividend paid 100.00%    16,877.56 on $16,877.56; Claim# 2; Filed: $16,877.56 | 7200-000 | | | 16,440.65 |
| | | | Dividend paid 100.00%    35.60 on $35.60; Claim# 2I; Filed: $35.60 | 7990-000 | | | 16,440.65 |

Subtotals : $75,000.00    $58,559.35

{} Asset reference(s)

Printed: 06/16/2015 11:45 AM    V.13.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-06989-PSH
**Case Name:** LUCAS, EDDIE

**Taxpayer ID #:** **-***3382
**Period Ending:** 06/16/15

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** Rabobank, N.A.
**Account:** ******9066 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/15 | 110 | DIMONTE & LIZAK, LLC | Combined Check for Claims#et_al. | | | 16,440.65 | 0.00 |
| | | | Dividend paid 100.00%     16,377.00 on $16,377.00; Claim# ; Filed: $16,377.00 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00%     63.65 on $63.65; Claim# ; Filed: $63.65 | 3220-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 75,000.00 | 75,000.00 | |
| | | | Less: Payments to Debtors | | | 27,417.90 | |
| | | | **NET Receipts / Disbursements** | | **$75,000.00** | **$47,582.10** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9066** | 75,000.00 | 47,582.10 | 0.00 |
| | $75,000.00 | $47,582.10 | $0.00 |

{} Asset reference(s)

Printed: 06/16/2015 11:45 AM     V.13.23